1 | ROB BONTA, State Bar No. 202668
Attorney General of California
2 | WILLIAM C. KWONG, State Bar No. 168010
Supervising Deputy Attorney General
3 | NILUFAR K. MAJD, State Bar No. 246017
Deputy Attorney General
4 |  455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102
5 |  Telephone: (415) 229-0114
 Fax: (415) 703-5843
6 |  E-mail:  Nilu.Majd@doj.ca.gov
*Attorneys for Defendants*
7 | *Aguirre, Allen, Castellanos, Gutierrez,*
*Fortson and Vazquez*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

**SHAUNTEZ KUIOUN ROCKEMORE,**

Plaintiff,

v.

**CORRECTIONAL OFFICE V. AGUIRRE, et al.,**

Defendants.

Case No. 5:21-cv-550 VAP (ADS)

**NOTICE OF SETTLEMENT OF CASE**

Courtroom: 6B
Judge: The Honorable Autumn D. Spaeth
Trial Date: None Assigned
Action Filed: 3/29/2021

**PLEASE TAKE NOTICE** that the parties in this matter have reached settlement on August 5, 2022. Settlement documents were mailed to Plaintiff on August 8, 2022, to be reviewed and signed by Plaintiff. Upon receipt, counsel for Defendants will execute the settlement documents and send a request to the California Department of Corrections and Rehabilitation to issue a settlement check to the plaintiff.

///

///

///

1

1  Defendants request that this matter be held in abeyance and all current court
2  deadlines be vacated pending finalization of the settlement, including issuance and
3  delivery of the settlement check to Plaintiff. [1]

Dated: August 10, 2022    Respectfully submitted,

ROB BONTA
ATTORNEY GENERAL OF CALIFORNIA
WILLIAM C. KWONG
SUPERVISING DEPUTY ATTORNEY
GENERAL

*/S/ NILUFAR K. MAJD*
NILUFAR K. MAJD
DEPUTY ATTORNEY GENERAL
*ATTORNEYS FOR DEFENDANTS
Aguirre, Allen, Castellanos, Gutierrez,
Fortson and Vazquez*

LA2021304642/43348763.docx

---

[1] Defendants' responsive pleading to Plaintiff's Second Amended Complaint is due on August 22, 2022.

# CERTIFICATE OF SERVICE

Case Name:  *Shauntez Kuioun Rockemore v. Correctional Officer V. Aguirre, et al.*
Case No.:   **5:21-cv-00550 VAP (ADS)**

I hereby certify that on <u>August 10, 2022</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### NOTICE OF SETTLEMENT OF CASE

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>August 10, 2022</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Shauntez Kuioun Rockemore, BH6391
California State Prison - Corcoran
P.O. Box 3456
Corcoran, CA  93212
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 10, 2022</u>, at San Francisco, California.

| G. Pang | *(signature)* |
|---|---|
| Declarant | Signature |

LA2021304642/43348793.docx